UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTOPHER BRITTON       ]
    Petitioner,          ]
                          ]
v.                        ]     No. 3:05-0509
                          ]     Judge Trauger
UNITED STATES OF AMERICA  ]
    Respondent.          ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner's § 2255 Motion to Vacate, Set Aside or Correct Sentence is untimely. Accordingly, the petitioner's Motion is DENIED and this action is hereby DISMISSED.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner is unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge